IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 05-92 |
| ) | |
| vs. ) | |
| ) | |
| DARRYL FONTE JACKSON, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE RE: CURRENCY

WHEREAS, on August 10, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the defendant's guilty plea entered on December 13, 2005, in which defendant consented to the forfeiture of any interest he had or has in the currency alleged to be subject to forfeiture under the Forfeiture Allegation of the October 25, 2005, Indictment.

AND WHEREAS, on August 29, 2006, September 5, 2006, and September 12, 2006, the United States published notice of the forfeiture in the *Cedar Rapids Gazette* a newspaper of general circulation in the area the currency was seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the currency included in the Preliminary Order of Forfeiture entered on August 10, 2006.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That all the right, title and interest to the hereinafter described property of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to defendant Darryl Fonte Jackson, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> **$3612 in United States currency seized from defendant on or about August 12, 2004, and on or about April 14, 2005.**

3. That the United States Marshals Service is hereby authorized to dispose of the currency identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

Ordered this 19 day of October 2006.

_____
Linda R. Reade
Judge, U.S. District Court
Northern District of Iowa